JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOZANO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES LLC, A Delaware limited liability company; MICHAEL DEAL, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-2138 JLS (SHKx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE (Doc. 21)** |

Pursuant to the stipulation (Doc. 21) filed by the parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE in its entirety.  Each side shall pay its own costs and fees.

     IT IS SO ORDERED.

DATED:  March 28, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE